IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. **3:08cr60 HTW-LRA**

CHARLES W. TAYLOR

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1, 3, 6 and 7 of the Criminal Indictment against CHARLES W. TAYLOR without prejudice.

                                              STAN HARRIS
                                              United States Attorney

          By:     *s/Darren J. LaMarca*
                       DARREN J. LAMARCA
                       Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 9th day of September, 2009.

                                             **s/ HENRY T. WINGATE**
                                             _____
                                             UNITED STATES DISTRICT JUDGE